Craig B. Friedberg, Esq.
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
(702) 435-7968 – telephone
attcbf@cox.net

Evan S. Rothfarb
Daniel A. Schlanger
SCHLANGER LAW GROUP, LLP
80 Broad Street, Suite 3103
New York, NY 10004
T. (212) 500-6114
F. (646) 612-7996
E. erothfarb@consumerprotection.net
dschlanger@consumerprotection.net

*Counsel for Plaintiff David J. Moscato and the Putative Class*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID J. MOSCATO, *on behalf of himself and all others similarly situated,*<br><br>    *Plaintiff,*<br><br>v.<br><br>COMERICA BANK, CONDUENT STATE & LOCAL SOLUTIONS, INC., and CONDUENT BUSINESS SERVICES, LLC,<br><br>    *Defendants.* | Case No. 2:23-cv-00993<br><br>**PLAINTIFFS' MOTION TO EXTEND TIME TO FILE THE PRO HAC VICE VERIFIED PETITION (First Request)**<br><br>[ECF No. 4] |

NOW COMES Plaintiff David J. Moscato, on behalf of himself and all others similarly situated, by and through his counsel of record, and respectfully requests the Court to grant Plaintiff's Motion to Extend Time to File the Pro Hac Vice Verified Petition from July 11, 2023, to July 25, 2023. In support thereof, Plaintiff states as follows:

1. This complaint was filed on June 27, 2023 (Doc. No. 1).

2. Plaintiff's Complaint was filed on his behalf by Craig B. Friedberg, an attorney who is an active member in good standing of the State Bar of Nevada.

3. Plaintiff is also represented by Daniel A. Schlanger, who is not a member of the State Bar of Nevada.

4. Mr. Schlanger intends to request admission as counsel pro hac vice for Plaintiff, pursuant to LR IA 11-2.

5. Pursuant to LR IA 11-2(e), Mr. Schlanger's verified petition is due by July 11, 2023.

6. Mr. Schlanger's application for Certificate of Good Standing from New Jersey has been requested, but the certificate has not yet been received. The application instructs that, "Requests are generally processed within approximately two weeks."

7. Daniel A. Schlanger's verified petition has been prepared, and the only requirement that is needed is the Certificate of Good Standing of Mr. Schlanger from New Jersey Supreme Court, which is required to be attached to his verified petition, pursuant to LR IA 11-2(b)(3).

8. As a result, Plaintiff, through counsel, requests that the Court extend the deadline for the filing of the verified petition by fourteen days.

9. This is the first request for an extension of time to file Daniel A. Schlanger's verified petition to be admitted counsel *pro hac vice*.

WHEREFORE, based on the foregoing, Plaintiff David J. Moscato respectfully requests that this Honorable Court grant Plaintiff and his counsel an extension of fourteen (14) days, through and including July 25, 2023, for Daniel A. Schlanger to file his Verified Petition for Admission *Pro Hac Vice*.

Dated: July 10, 2023

Respectfully Submitted,

BY: /s/ Craig Friedberg
CRAIG FRIEDBERG, ESQ.
*Attorney for Plaintiffs*

**IT IS SO ORDERED** that plaintiff's unopposed motion [ECF No. 4] is GRANTED. Daniel A. Schlanger's Verified Petition for Admission *Pro Hac Vice* is due on **July 25, 2023.**

_____
UNITED STATES DISTRICT JUDGE
DATED: July 11, 2023