Craig B. Friedberg, Esq.
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
T. (702) 435-7968
E. attcbf@cox.net

Daniel A. Schlanger (admitted *pro hac vice*)
Evan S. Rothfarb (admitted *pro hac vice*)
SCHLANGER LAW GROUP, LLP
80 Broad Street, Suite 3103
New York, NY 10004
T. 212.500.6114
F. 646.612.7996
E. dschlanger@consumrprotection.net
E. erothfarb@consumerprotection.net

*Counsel for Plaintiff David J. Moscato and the Putative Class*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID J. MOSCATO, *on behalf of himself and all others similarly situated,*<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>COMERICA BANK, CONDUENT STATE & LOCAL SOLUTIONS, INC., and CONDUENT BUSINESS SERVICES, LLC,<br><br>　　　　　*Defendants.* | Case No. 2:23-cv-00993<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT**<br>**(First Request)**<br><br>ECF No. 15 |

It is hereby stipulated and agreed by and between the undersigned parties, Plaintiff David J. Moscato ("Plaintiff") and Defendants Comerica Bank, Conduent State & Local Solutions, Inc., and Conduent Business Services, LLC (collectively, "Defendants"), that the time to file

STIPULATION TO EXTEND TIME TO
FILE OPPOSITION TO DEFENDANTS'　　　1
MOTION TO DISMISS

Plaintiff's opposition to Defendants' Motion to Dismiss Class Action Complaint filed on September 6, 2023 (ECF No. 10) and currently due on September 20, 2023, is extended to Thursday, October 5, 2023.  Further, the parties state as follows:

1. The Class Action Complaint was filed on June 27, 2023 (Doc. No. 1).
2. Defendants filed their Motion to Dismiss Class Action Complaint on September 6, 2023 (Doc. No. 10).
3. Plaintiff's counsel is diligently working on preparing his response to the motion.
4. In the interest of justice and to ensure that the Court receives a well-prepared response, Plaintiff requests an extension of time to file the opposition.
5. Defendants, through their counsel, consent to the extension.
6. This is the first request for an extension of time to file opposition to Defendants' motion to dismiss.

Dated: September 15, 2023

| | |
|---|---|
| */s/ Craig B. Friedberg* | /s/ *Madeleine Coles* |
| Craig Friedberg, Esq. | Madeleine Coles, Esq. |
| LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ. | BALLARD SPAHR LLP |
| South Pecos Road, Suite 103 | 1980 Festival Plaza Drive, Suite 900 |
| Las Vegas, Nevada 89121 | Las Vegas, Nevada 89135 |
| T. (702) 435-7968 | T. 702.471.7000 |
| E. attcbf@cox.net | F. 702.471.7070 |
| | E. colesm@ballardspahr.com |
| Daniel A. Schlanger (admitted *pro hac vice*) | John C. Grugan, Esq. |
| Evan S. Rothfarb (admitted *pro hac vice*) | Pro Hac Vice Forthcoming |
| SCHLANGER LAW GROUP, LLP | Jenny N. Perkins, Esq. |
| 80 Broad Street, Suite 3103 | Pro Hac Vice Forthcoming |
| New York, NY 10004 | BALLARD SPAHR LLP |
| T. 212.500.6114 | 1735 Market Street, 51st Floor |
| F. 646.612.7996 | Philadelphia, Pennsylvania 19103 |

E. dschlanger@consumrprotection.net
E. erothfarb@consumerprotection.net

*Attorneys for Plaintiff and the Putative Class*

T. 215.665.8500
E. gruganj@ballardspahr.com
E. perkinsj@ballardspahr.com

Mitchell Turbenson
Pro Hac Vice Forthcoming
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
T. 602.798.5400
E. turbensonm@ballardspahr.com

*Attorneys for Defendants Comerica Bank, Conduent State & Local Solutions, Inc., and Conduent Business Services, LLC*

Based on the parties' stipulation [ECF No. 17] and with good cause appearing, IT IS ORDERED that plaintiff's deadline to respond to the motion to dismiss [ECF No. 10] is extended to October 5, 2023.

_____
UNITED STATES DISTRICT JUDGE

DATED: 9/19/23

STIPULATION TO EXTEND TIME TO
FILE OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS

3