Madeleine Coles, Esq.
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
colesm@ballardspahr.com

John C. Grugan, Esq.
*Pro Hac Vice Forthcoming*
Jenny N. Perkins, Esq.
*Pro Hac Vice Forthcoming*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
gruganj@ballardspahr.com
perkinsj@ballardspahr.com

Mitchell Turbenson
*Pro Hac Vice Forthcoming*
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
Telephone: 602.798.5400
turbensonm@ballardspahr.com

*Attorneys for Defendants Comerica Bank
Conduent State & Local Solutions, Inc.,
and Conduent Business Services, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID J. MOSCATO, *on behalf of himelf and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>COMERICA BANK, CONDUENT STATE & LOCAL SOLUTIONS, INC. and CONDUENT BUSINESS SERVICES, LLC,<br><br>Defendants. | CASE NO. 2:23-cv-00993-JAD-DJA<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITIONS FOR ADMISSION PRO HAC VICE |

The current deadline for non-resident counsel for Defendants Comerica Bank, Conduent State & Local Solutions, Inc., and Conduent Business Services, LLC (collectively, "Defendants") to file their Verified Petitions for Admission to Practice Pro

Hac Vice is September 20, 2023. Defendants, by and through their counsel of record, respectfully request that this Court extend the time for filing the verified petitions to October 18, 2023. In support thereof, Defendants state as follows:

Defendants are represented in this action by Madeleine Coles, an attorney who is an active member in good standing of the State Bar of Nevada.

Defendants are also represented by John C. Grugan, Jenny N. Perkins, and Mitchell Turbenson, who are not members of the State Bar of Nevada, but who intend to request admission as counsel pro hac vice pursuant to LR IA 11-2. Defendants' aforementioned counsel have acted diligently in preparing their respective Verified Petitions for Admission to Practice Pro Hac. They immediately requested Certificates of Good Standing from all of the state bars that they are admitted to practice law. As of the filing of this Motion, Defendants' aforementioned counsel have not yet received the requested Certificates of Good Standing as outlined below.

Mr. Grugan's verified petition has been prepared, and the only requirement that is needed is the Certificates of Good Standing of Mr. Grugan from the State Bar of Pennsylvania and the State Bar of New Jersey, which are required to be attached to his petition, pursuant to LR IA 11-2(b)(3). The Certificates of Good Standing have been requested, but have not yet been received.

Ms. Perkins' verified petition has been prepared, and the only requirement that is needed is the Certificates of Good standing of Ms. Perkins from the State Bar of Pennsylvania and the State Bar of New Jersey, which are required to be attached to her petition, pursuant to LR IA 11-2(b)(3). The Certificates of Good Standing have been requested, but have not yet been received. Ms. Perkins is in receipt of her Certificate of Good Standing from the State Bar of Florida and intends to attach it to her verified petition upon receipt of the other two Certificates of Good Standing she has requested.

Mr. Turbenson's verified petition has been prepared, and the only requirement that is needed is the Certificates of Good Standing of Mr. Turbenson from the State

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

Bar of Arizona and the State Bar of California, which are required to be attached to his petition, pursuant to LR IA 11-2(b)(3). The Certificates of Good Standing have been requested, but have not yet been received.

As a result, Defendants, through counsel, request that this Court extend the deadline to file the verified petitions by thirty days. This is the first request for such an extension, and it is made in good faith and not for purposes of delay. Defendants have conferred with Plaintiff who does not oppose the requested relief herein.

Dated: September 20, 2023

BALLARD SPAHR LLP

By: */s/ Madeleine Coles*
Madeleine Coles, Esq.
Nevada Bar No. 16216
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

John C. Grugan, Esq.
*Pro Hac Vice Forthcoming*
Jenny N. Perkins, Esq.
*Pro Hac Vice Forthcoming*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103

Mitchell Turbenson
*Pro Hac Vice Forthcoming*
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004

*Attorneys for Defendants Comerica Bank Conduent State & Local Solutions, Inc., and Conduent Business Services, LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 21, 2023