John C. Grugan (*pro hac vice* forthcoming)
gruganj@ballardspahr.com
Jenny N. Perkins (*pro hac vice* pending)
perkinsj@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: 215.665.8500

Madeleine Coles
Nevada Bar No. 16216
colesm@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel: 702.471.7000

Mitchell Turbenson (*pro hac vice* pending)
turbensonm@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Tel: 602.798.5400

*Attorneys for Defendants Comerica Bank, Conduent State & Local Solutions, Inc., and Conduent Business Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID J. MOSCATO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMERICA BANK, CONDUENT STATE & LOCAL SOLUTIONS, INC., CONDUENT BUSINESS SERVICES, LLC,<br><br>Defendants. | Case No. 2:23-cv-00993-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS**<br><br>**(First Request)**<br><br>**ECF No. 25** |

1

It is hereby stipulated and agreed by and between the undersigned parties, Plaintiff David J. Moscato ("Plaintiff") and Defendants Comerica Bank, Conduent State & Local Solutions, Inc., and Conduent Business Services, LLC (collectively, "Defendants"), that the time to file Defendants' Reply Brief in Further Support of their Motion to Dismiss Class Action Complaint filed on September 6, 2023 (ECF No. 10) and currently due on October 12, 2023, is extended to Friday, October 20, 2023.  Further, the parties state as follows:

1. The Class Action Complaint was filed on June 27, 2023 (Doc. No. 1).

2. Defendants filed their Motion to Dismiss Class Action Complaint on September 6, 2023 (Doc. No. 10).

3. Plaintiff obtained a two-week extension to respond to Defendants' Motion to Dismiss and filed their Opposition on October 5, 2023.

4. Defendants' counsel are diligently working on preparing Defendants' Reply Brief in Further Support of their Motion to Dismiss.

4. In the interest of justice and to ensure that the Court receives a well-prepared reply, Defendants request an extension of time to file their reply.

5. Plaintiff, through their counsel, consent to the extension.

6. This is the first request for an extension of time to file a reply in support to Defendants' motion to dismiss.

RESPECTFULLY SUBMITTED this 10th day of October, 2023.

BALLARD SPAHR LLP

By: */s/ Madeleine Coles*
John C. Grugan
(*pro hac vice* forthcoming)
gruganj@ballardspahr.com
Jenny N. Perkins
(*pro hac vice* forthcoming)
perkinsj@ballardspahr.com
Madeleine Coles
Nevada Bar No. 16216
colesm@ballardspahr.com
Mitchell Turbenson
(*pro hac vice* forthcoming)
turbensonm@ballardspahr.com

1

*Attorneys for Defendants Comerica Bank, Conduent State & Local Solutions, Inc., and Conduent Business Services, LLC*

*/s/ Evan S. Rothfarb*
Evan S. Rothfarb
Daniel A. Schlanger
SCHLANGER LAW GROUP, LLP
80 Broad Street, Suite 3103
New York, NY 10004
Email: erothfarb@consumerprotection.net
Email: dschlanger@consumerprotection.net
*Attorneys for Plaintiff David J. Moscato and the Putative Class*

# ORDER

**Based on the parties' stipulation [ECF No. 25] and good cause appearing, IT IS ORDERED that the defendants' deadline to file their reply in support of the motion to dismiss is extended to October 20, 2023.**

_____
UNITED STATES DISTRICT JUDGE

DATED: **10/16/23**

2