Madeleine Coles, NSB #16216
BALLARD SPAHR LLP
Email: colesm@ballardspahr.com
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 379-1157

John C. Grugan, *Admitted Pro Hac Vice*
Email: gruganj@ballardspahr.com
Jenny N. Perkins, *Admitted Pro Hac Vice*
Email: perkinsj@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 864-8378

Mitchell Turbenson, *Admitted Pro Hac Vice*
Email: turbensonm@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
Telephone: (602) 798-5428

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID J. MOSCATO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, CONDUENT STATE & LOCAL SOLUTIONS, INC., and CONDUENT BUSINESS SERVICES, LLC,<br><br>Defendants. | NO. 2:23-cv-00993-JAD-DJA<br><br>**STIPULATED MOTION TO EXTEND TIME FOR FILING DISCOVERY PLAN/SCHEDULING ORDER**<br>**(FIRST REQUEST)** |

Per Docket Entry No. 10, a discovery plan and scheduling order are due on October 23, 2023. Counsel for the parties have held a Rule 26(f) conference but are still discussing aspects of the proposed discovery plan and case schedule. In order to allow them to complete those discussions and potentially narrow or resolve areas of disagreement, the parties respectfully

1  request a three-day extension of the time to file the discovery plan and proposed scheduling
2  order, from October 23 to October 26, 2023.
3        STIPULATED TO AND DATED this 23rd day of October, 2023.

| TERRELL MARSHALL LAW GROUP PLLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Blythe H. Chandler<br>Beth E. Terrell, *Pro Hac Vice Forthcoming*<br>Email: bterrell@terrellmarshall.com<br>Blythe H. Chandler, *Admitted Pro Hac Vice*<br>Email: bchandler@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br><br>Craig B. Friedberg, NSB #004606<br>Email: attcbf@cox.net<br>LAW OFFICES OF<br>CRAIG B. FRIEDBERG, ESQ.<br>4760 South Pecos Road, Suite 103<br>Las Vegas, Nevada 89121<br>Telephone: (702) 435-7968<br><br>Evan S. Rothfarb, *Admitted Pro Hac Vice*<br>Email: erothfarb@consumerprotection.net<br>Daniel A. Schlanger, *Admitted Pro Hac Vice*<br>Email: dschlanger@consumerprotection.net<br>SCHLANGER LAW GROUP LLP<br>80 Broad Street, Suite 1301<br>New York, New York 10016<br>Telephone: (212) 500-6114<br>Facsimile: (646) 612-7996<br><br>*Attorneys for Plaintiff and the Putative Class* | By: /s/ Madeleine Coles<br>Madeleine Coles, NSB #16216<br>Email: colesm@ballardspahr.com<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Telephone: (702) 379-1157<br><br>John C. Grugan, *Admitted Pro Hac Vice*<br>Email: gruganj@ballardspahr.com<br>Jenny N. Perkins, *Admitted Pro Hac Vice*<br>Email: perkinsj@ballardspahr.com<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 864-8378<br><br>Mitchell Turbenson, *Admitted Pro Hac Vice*<br>Email: turbensonm@ballardspahr.com<br>BALLARD SPAHR LLP<br>1 East Washington Street, Suite 2300<br>Phoenix, Arizona 85004<br>Telephone: (602) 798-5428<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/25/2023