**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| David J. Moscato, | Case No. 2:23-cv-00993-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Comerica Bank, Conduent State & Local Solutions, Inc.; and Conduent Business Services, LLC, | |
| Defendants. | |

Before the Court is the parties' stipulated discovery plan.  (ECF No. 35).  Plaintiff seeks a discovery period of nine months from the date the parties exchange initial disclosures (which they have scheduled for November 15, 2023).  Defendants ask the Court to stay discovery.  Because a stay of discovery should be sought in a separate motion and not a discovery plan, the Court grants Plaintiff's proposed schedule.  If Defendants file a separate motion to stay discovery, the Court informs the parties that it employs the "good cause" test for determining motions to stay discovery.  *See Gibson v. MGM International*, No. 2:23-cv-00140-MMD-DJA, 2023 WL 4455726 (D. Nev. July 11, 2023).

**IT IS THEREFORE ORDERED** the parties' stipulation is granted in part and denied in part.  It is denied regarding Defendants' request that the Court stay discovery and Plaintiff's request for an interim status report deadline.[1]  It is granted in all other respects.[2]  The below deadlines shall govern discovery:

---

[1] The Nevada Local Rules—amended in April of 2020—no longer require an interim status report.  *See* LR 26-3.

[2] This order should not be interpreted as granting Defendants' request for a settlement conference. If the parties wish to engage in a settlement conference, they must separately stipulate to one.

1

2    Initial disclosures:              November 15, 2023

3    Amend pleadings/add parties:      April 26, 2024

4    Expert disclosures:               May 28, 2024

5    Rebuttal expert disclosures:      June 25, 2024

6    Discovery cutoff:                 July 25, 2024

7    Class certification motion:       August 25, 2024

8    Dispositive motions:              September 23, 2024

9    Joint pretrial order:             October 23, 2024[3]

10

11   DATED: October 27, 2023

12

13   _____

14   DANIEL J. ALBREGTS
     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27   _____
     [3] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for fling the joint
     pretrial order will be suspended until 30 days after decision on the dispositive motions or further
28   court order.