Craig B. Friedberg, NSB #004606
Email: attcbf@cox.net
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Telephone: (702) 435-7968

Evan S. Rothfarb, *Admitted Pro Hac Vice*
Email: erothfarb@consumerprotection.net
Daniel A. Schlanger, *Admitted Pro Hac Vice*
Email: dschlanger@consumerprotection.net
SCHLANGER LAW GROUP, LLP
80 Broad Street, Suite 3103
New York, New York 10004
Telephone: (212) 500-6114
Facsimile: (646) 612-7996

*Counsel for Plaintiff David J. Moscato and the Putative Class*

[Additional Counsel Appear on Signature Block]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID J. MOSCATO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, CONDUENT STATE & LOCAL SOLUTIONS, INC., and CONDUENT BUSINESS SERVICES, LLC,<br><br>Defendants. | NO. 2:23-cv-00993-JAD-DJA<br><br>**STIPULATED MOTION TO AMEND DISCOVERY PLAN (ECF NO. 36) (FIRST REQUEST)** |

### I.   STIPULATION

The parties respectfully stipulate to, and jointly request the Court enter, the proposed Order below amending the current discovery plan and scheduling order (ECF No. 36).

1. Federal Rule of Civil Procedure 16(b) provides that a district court's scheduling order may be modified upon a showing of "good cause." Fed. R. Civ. P. 16(b)(4); *see also*

*Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002). Good cause exists to modify the schedule because the parties need additional to complete discovery before Plaintiff moves for class certification.

2. This is the parties' first request for an extension of the case schedule.

3. The parties have worked diligently and cooperatively on discovery matters. The parties have completed significant written discovery but believe that they will need additional time to complete discovery, including depositions and expert work before class briefing class certification. They request a three-month extension of the current expert, discovery, and class certification deadlines.

4. Specifically, Plaintiff has served two sets of written discovery on Defendant Conduent State & Local Services ("Conduent"), and Conduent has served its first set of written discovery requests on Plaintiff. Conduent has begun producing documents responsive to Plaintiff's requests and the parties are conferring in an effort to resolve disagreements about the scope of Conduent's production. Plaintiff cannot take efficient depositions until those issues are resolved and Conduent's production of both policy documents and data relating to cardholders who Plaintiff maintains may be members of the proposed class is complete. Plaintiff also anticipates retaining an expert to analyze Conduent's data to identify potential class members.

5. In addition, the current plan sets a deadline for dispositive motions shortly after the due date for Plaintiff's motion for class certification, which creates potential one-way intervention problems. *See Schwarzschild v. Tse*, 69 F.3d 293 (9th Cir. 1995). Under the existing schedule, if any class is certified, Plaintiff will not have sufficient time to provide notice and an opportunity for exclusion to the members of the certified class before dispositive motions are due. The result would be to effectively preclude Plaintiff from seeking summary judgment in the event a class is certified and preclude Conduent from obtaining a summary judgment ruling binding on absent class members. Accordingly, the parties request that dispositive motion deadline be extended by six months to allow time for notice in the event a class is certified.

STIPULATED MOTION TO AMEND DISCOVERY PLAN (ECF NO. 36) (FIRST REQUEST) - 2
Case No. 2:23-cv-00993-JAD-DJA

For these reasons, the parties have shown good cause for the Court to amend the case schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert disclosures | May 28, 2024 | August 28, 2024 |
| Rebuttal expert disclosures | June 25, 2024 | September 25, 2024 |
| Discovery cutoff | July 25, 2024 | October 25, 2024 |
| Class certification motion | August 25, 2024 | November 22, 2024 |
| Dispositive motions | September 23, 2024 | March 21, 2025 |
| Joint pretrial order | October 23, 2024 | April 21, 2025 |

STIPULATED TO AND DATED this 2nd day of May, 2024.

TERRELL MARSHAL LAW GROUP PLLC

By: */s/ Blythe H. Chandler*
Beth E. Terrell, *Pro Hac Vice Forthcoming*
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, *Admitted Pro Hac Vice*
Email: bchandler@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

SCHLANGER LAW GROUP LLP

Evan S. Rothfarb, *Admitted Pro Hac Vice*
Email: erothfarb@consumerprotection.net
Daniel A. Schlanger, *Admitted Pro Hac Vice*
Email: dschlanger@consumerprotection.net
80 Broad Street, Suite 1301
New York, New York 10016
Telephone: (212) 500-6114

BALLARD SPAHR LLP

By: */s/ Jenny N. Perkins*
Jenny N. Perkins, *Admitted Pro Hac Vice*
Email: perkinsj@ballardspahr.com
Colin P. Kane, *Admitted Pro Hac Vice*
Email: kanec@ballardspahr.com
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 864-8378

Mitchell Turbenson, *Admitted Pro Hac Vice*
Email: turbensonm@ballardspahr.com
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004

Madeleine Coles, NSB #16216
Email: colesm@ballardspahr.com
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 379-1157

| | |
|---|---|
| LAW OFFICES OF<br>CRAIG B. FRIEDBERG, ESQ.<br><br>Craig B. Friedberg, NSB #004606<br>Email: attcbf@cox.net<br>4760 South Pecos Road, Suite 103<br>Las Vegas, Nevada 89121<br>Telephone: (702) 435-7968<br><br>*Attorneys for Plaintiff and the Putative Class* | HOLLAND & KNIGHT LLP<br><br>John C. Grugan, *Admitted Pro Hac Vice*<br>Email: gruganj@ballardspahr.com<br>1650 Market Street, Suite 3300<br>Philadelphia, Pennsylvania 19103<br>Telephone 215.252.9610<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 3, 2024

# CERTIFICATE OF SERVICE

I, Blythe H. Chandler, hereby certify that on May 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all registered CM/ECF users:

Madeleine Coles, NSB #16216
Email: colesm@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 379-1157

John C. Grugan, *Admitted Pro Hac Vice*
Email: gruganj@ballardspahr.com
Jenny N. Perkins, *Admitted Pro Hac Vice*
Email: perkinsj@ballardspahr.com
Colin P. Kane, *Admitted Pro Hac Vice*
Email: kanec@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 864-8378

Mitchell Turbenson, *Admitted Pro Hac Vice*
Email: turbensonm@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004

John C. Grugan, Admitted Pro Hac Vice
Email: gruganj@ballardspahr.com
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone 215.252.9610

*Attorneys for Defendants*

DATED this 2nd day of May, 2024.

By: /s/ Blythe H. Chandler

Blythe H. Chandler, *Admitted Pro Hac Vice*

STIPULATED MOTION TO AMEND DISCOVERY PLAN (ECF
NO. 36)  (FIRST REQUEST) - 6
Case No. 2:23-cv-00993-JAD-DJA