David E. Chavez, Esq.
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
chavezd@ballardspahr.com

Jenny N. Perkins, Esq. (*admitted pro hac vice*)
Colin P. Kane, Esq. (*admitted pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: 215.665.8500
perkinsj@ballardspahr.com

Mitchell Turbenson (*admitted pro hac vice*)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
Telephone: 602.798.5400
turbensonm@ballardspahr.com

John C. Grugan, Esq. (*admitted pro hac vice*)
HOLLAND & KNIGHT, LLP
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone: 215.252.9610
john.grugan@hklaw.com

*Attorneys for Defendants Comerica Bank;
Conduent State & Local Solutions, Inc.;
and Conduent Business Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| David J. Moscato, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Comerica Bank; Conduent State & Local Solutions, Inc.; and Conduent Business Services, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00993-JAD-DJA<br><br>**Stipulation and ~~Proposed~~ Order to Substitute Counsel Under LR IA 11-6 and Resident Nevada Counsel Under LR IA 11-2**<br><br>[ECF No. 52] |

Pursuant to Local Rule IA 11-6(c), defendants Comerica Bank; Conduent State & Local Solutions, Inc.; and Conduent Business Services, LLC (collectively,

"Defendants"), substitute David E. Chavez, Esq., as their attorney of record in place and stead of Madeleine Coles, Esq.

Further, Defendants request that Mr. Chavez be designated in place and stead of Ms. Coles as associate resident Nevada counsel ("Resident Nevada Counsel") for the following counsel who were granted permission under Local Rule IA 11-2(a) "to appear in [this] particular case": Jenny Nicole Perkins, ECF No. 27; Mitchell Turbenson, ECF No. 28; John C. Grugan, ECF No. 32; and Colin P. Kane, ECF No. 46 ("Pro Hac Vice Counsel"). There is good cause to grant the requested substitution because, as set forth below, Pro Hac Vice Counsel designate Mr. Chavez, Defendants appoint Mr. Chavez, and Mr. Chavez consents to serve as Resident Nevada Counsel in this matter. *See Republican Nat'l Comm. v. Burgess*, 2024 U.S. Dist. LEXIS 94801 (D. Nev. May 23, 2024) (granting a request to substitute resident Nevada counsel).

Dated: September 4, 2024

BALLARD SPAHR LLP

By: /s/ David E. Chavez
Jenny N. Perkins, Esq., *pro hac vice*
perkinsj@ballardspahr.com
Colin P. Kane, Esq., *pro hac vice*
kanec@ballardspahr.com
Mitchell Turbenson, Esq., *pro hac vice*
turbensonm@ballardspahr.com
David E. Chavez, Esq.
Nevada Bar No. 15192
chavez@ballardspahr.com

John C. Grugan, Esq., *pro hac vice*
HOLLAND & KNIGHT, LLP
john.grugan@hklaw.com

*Attorneys for Defendants Comerica Bank, Conduent State & Local Solutions, Inc., and Conduent Business Services, LLC*

[continued on following page]

### Consent by Madeleine Coles

I, Madeleine Coles, consent to withdraw from this matter and the substitution of David E. Chavez in my place and stead as attorney of record for Defendants and Resident Nevada Counsel under Local Rule IA 11-2 for Jenny Nicole Perkins, Colin P. Kane, Mitchell Turbenson, and John C. Grugan.

Dated: September 4, 2024

BALLARD SPAHR LLP

By: /s/ *Madeleine Coles*
Madeleine Coles
Nevada Bar No. 16216
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
colesm@ballardspahr.com

### Designation of Resident Attorney Admitted to the Bar of this Court

The undersigned Pro Hac Vice Counsel each consents to the withdrawal of Madeleine Coles as counsel of record for this matter and the substitution of David E. Chavez in her place and stead as attorney of record for defendants and as Resident Nevada Counsel under Local Rule IA 11-2.

Further, pursuant to the requirements of the Local Rules of Practice for this Court, Pro Hac Vice Counsel each believes it to be in the best interest of defendants to designate David E. Chavez, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court as Resident Nevada Counsel in this action. Mr. Chavez's address, phone number, and email address are:

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
(702) 471-7000
chavezd@ballardspahr.com

By this designation, Pro Hac Vice Counsel and the undersigned parties each agrees that this designation constitutes agreement and authorization for Mr. Chavez to sign stipulations binding on all of us.

Dated: September 4, 2024

| BALLARD SPAHR LLP | BALLARD SPAHR LLP |
|---|---|
| By: */s/ Jenny N. Perkins*<br>Jenny N. Perkins, Esq. (*admitted pro hac vice*)<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone: 215.665.8500<br>perkinsj@ballardspahr.com<br><br>*Attorney for Defendants Comerica Bank; Conduent State & Local Solutions, Inc.; and Conduent Business Services, LLC* | By: */s/ Colin P. Kane*<br>Colin P. Kane, Esq. (*admitted pro hac vice*)<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone: 215.665.8500<br>kanec@ballardspahr.com<br><br>*Attorney for Defendants Comerica Bank; Conduent State & Local Solutions, Inc.; and Conduent Business Services, LLC* |
| BALLARD SPAHR LLP | HOLLAND & KNIGHT LLP |
| By: */s/ Mitchell Turbenson*<br>Mitchell Turbenson (*admitted pro hac vice*)<br>1 East Washington St., Suite 2300<br>Phoenix, Arizona 85004<br>Telephone: 602.798.5400<br>turbensonm@ballardspahr.com<br><br>*Attorney for Defendants Comerica Bank; Conduent State & Local Solutions, Inc.; and Conduent Business Services, LLC* | By: */s/ John C. Grugan*<br>John C. Grugan (*admitted pro hac vice*)<br>1650 Market Street, Suite 3300<br>Philadelphia, Pennsylvania 19103<br>Telephone: 215.252.9610<br>john.grugan@hklaw.com<br><br>*Attorney for Defendants Comerica Bank; Conduent State & Local Solutions, Inc.; and Conduent Business Services, LLC* |

<u>**Defendants' Appointment of Designated Resident Nevada Counsel**</u>

The undersigned parties appoint David E. Chavez as their designated Resident Nevada Counsel in this matter.

| /s/ <u>*Andrew Worrall*</u><br>(Party's signature)<br><br><u>Defendant Comerica Bank</u><br>(Party names, title) | /s/ <u>*Christine Fickel*</u><br>(Party's signature)<br><br><u>Defendants Conduent State & Local Solutions, Inc.; and Conduent Business Services, LLC</u><br>(Party names, title) |

<u>Consent of Designee</u>

I, David E. Chavez, consent to serve as Resident Nevada Counsel in this matter under Local Rule IA 11-2 for Jenny Nicole Perkins, Colin P. Kane, Mitchell Turbenson, and John C. Grugan.

/s/ David E. Chavez
David E. Chavez
Nevada Bar No. 15192
chavezd@ballardspahr.com

<u>Order</u>

**IT IS ORDERED** that the withdrawal of Madeleine Coles as attorney of record for defendants in the above action is ACCEPTED.

**IT IS FURTHER ORDERED** that defendants will be represented in this matter by David E. Chavez, and he shall serve as defendants' Resident Nevada Counsel under Local Rule IA 11-2 for attorneys Jenny Nicole Perkins, Colin P. Kane, Mitchell Turbenson, and John C. Grugan.

Dated: <u>September 5, 2024</u>

United States District Court Judge

5