Craig B. Friedberg, Esq.
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
T. (702) 435-7968
E. attcbf@cox.net

*Counsel for Plaintiff David J. Moscato and the Putative Class*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID J. MOSCATO, *on behalf of himself and all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>COMERICA BANK, CONDUENT STATE & LOCAL SOLUTIONS, INC., and CONDUENT BUSINESS SERVICES, LLC,<br><br>*Defendants* | Civil Action No.:<br>2:23-cv-00993-JAD-MDC<br><br>**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 42(a)(2)** |

The undersigned, on behalf of Plaintiff David J. Moscato, moves this Court for an Order voluntarily dismissing the above action with prejudice and without attorney's fees, expenses, or costs under Rule 41(a)(2). Fed. R. Civ. P. 41(a)2). The Rule provides for dismissal of an action at the plaintiff's request on terms that the court considers proper. The Rule permits a defendant to object to dismissal if the defendant has pleaded a counterclaim before being served with the motion to dismiss. *Id.* Defendants in this action have pleaded no counterclaim. *See* ECF No. 44; *see also See Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001) ("A district court should grant a motion for voluntary dismissal under [FRCP] Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result."); *Dr. Tr. Justice "TJ" Truth v. Cal. Cas. Indem. Exch. (THE)*, No. 2:22-cv-01451-GMN-DJA, 2023 U.S. Dist. LEXIS 110370, at *15 (D.

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO FED. R. CIV. P.
42(A)(2) - 1
Case No. 2:23-cv-00993-JAD-MDC

SCHLANGER LAW GROUP, LLP
60 E. 42ND STREET, 46TH FLOOR
NEW YORK, NEW YORK 10165
TELEPHONE: (212) 500-6114
FACSIMILE: (646) 612-7996
www.consumerprotection.net

Nev. June 26, 2023) ("Legal prejudice means prejudice to some legal interest, some legal[] claim, [or] some legal argument.") (internal citation omitted).

Following initial document discovery, on August 13, 2024, Defendants Comerica Bank, Conduent State & Local Solutions, Inc., and Conduent Business Services, issued a third-party subpoena to U.S. Bank, a financial institution where Plaintiff had business bank accounts (as he had indicated in his discovery responses earlier in this case).

On October 11, 2024, Defendants served Plaintiff's counsel with copies of the U.S. Bank subpoena responses.[1]  Among other things, the responses reflected that on the date of the disputed electronic funds transfer at issue in this case, a transfer was effectuated by U.S. Bank between Mr. Moscato's prepaid Way2Go debit card and his business account.  Along with the third-party subpoena responses, Defendants sent a letter stating their intention to seek sanctions under Rule 11 against Plaintiff and his counsel "unless Mr. Moscato dismisses his Complaint with prejudice."[2]  Mr. Moscato files this request for dismissal within 21 days after his counsel received Defendants letter. *See* Fed. R. Civ. P. 11(c)(2).

Upon receipt of Defendants' letter, counsel for Mr. Moscato acknowledged the serious nature of the allegations and promptly investigated, including reviewing the U.S. Bank supplied documents with Mr. Moscato.  Plaintiff responded to Defendants' letter on October 30, 2024, where Plaintiff's counsel explained the source of Mr. Moscato's confusion about the transaction he disputed and agreed to the dismissal of his claims with prejudice and provided Defendants

---

[1] U.S. Bank's responses indicated that its production had been served Defendants on September 27, 2024, in whole or in part.

[2] Defendants did not serve a proposed motion for sanctions as required by Fed. R. Civ. P. 11(c)(2).  That being said, the issues raised by Defendants were treated as significant by all of Plaintiff's counsel.

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO FED. R. CIV. P.
42(A)(2) - 2
Case No. 2:23-cv-00993-JAD-MDC

SCHLANGER LAW GROUP, LLP
60 E. 42ND STREET, 46TH FLOOR
NEW YORK, NEW YORK 10165
TELEPHONE: (212) 500-6114
FACSIMILE: (646) 612-7996
www.consumerprotection.net

with a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (attached as "Exhibit A").[3] In their letter, Plaintiff's counsel indicated that they would file the Stipulation of Dismissal once Defendants confirmed their consent to the joint filing. Because Defendants have filed an answer, their consent is required under Rule 41(a)(1).

On October 31, 2024, the following day, Plaintiff's counsel asked opposing counsel via email to "confirm that we have Defendants' consent to include their e-signature in the Stipulation of Dismissal." The following morning, November 1, 2024, counsel for Defendants indicated: "We do not yet have an answer for you on this."

As Defendants have not consented to the Stipulated Dismissal, Plaintiff respectfully requests that this Court enter an Order dismissing the above action with prejudice and without attorney's fees, expenses, or costs under Rule 41(a)(2). A proposed Order of Dismissal is attached hereto as "Exhibit B."

Dated: November 1, 2024

Respectfully submitted,

SCHLANGER LAW GROUP, LLP

By: /s/ Evan S. Rothfarb
Evan S. Rothfarb *Admitted Pro Hac Vice*
E. erothfarb@consumerprotection.net
Daniel A. Schlanger *Admitted Pro Hac Vice*
E. dschlanger@consumrprotection.net
60 East 42nd Street, 46th Floor
New York, NY 10165
T. 212.500.6114

---

[3] The draft Stipulation of Dismissal provides a signature line for the presiding judge. Although not required by Fed. R. Civ. P. 41(a)(1)(A)(ii) to effectuate voluntary dismissal, a "so ordered" stipulation is frequently requested by Defendants in this context.

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO FED. R. CIV. P.
42(A)(2) - 3
Case No. 2:23-cv-00993-JAD-MDC

SCHLANGER LAW GROUP, LLP
60 E. 42ND STREET, 46TH FLOOR
NEW YORK, NEW YORK 10165
TELEPHONE: (212) 500-6114
FACSIMILE: (646) 612-7996
www.consumerprotection.net

Craig B. Friedberg, NSB #004606
E. attcbf@cox.net
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
South Pecos Road, Suite 103
Las Vegas, Nevada 89121
T. 702.435.7968

Blythe H. Chandler, *Admitted Pro Hac Vice*
E: bchandler@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
T: 206.816.6603

*Attorneys for Plaintiff and the Putative Class*

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 42(A)(2) - 4
Case No. 2:23-cv-00993-JAD-MDC

SCHLANGER LAW GROUP, LLP
60 E. 42ND STREET, 46TH FLOOR
NEW YORK, NEW YORK 10165
TELEPHONE: (212) 500-6114
FACSIMILE: (646) 612-7996
www.consumerprotection.net

CERTIFICATE OF SERVICE

I, Evan S. Rothfarb, hereby certify that on November 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all registered CM/ECF users:

David E. Chavez, NSB #15192
Email: chavezd@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 379-1157

Jenny N. Perkins, *Admitted Pro Hac Vice*
Email: perkinsj@ballardspahr.com
Colin P. Kane, *Admitted Pro Hac Vice*
Email: kanec@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 864-8378

Mitchell Turbenson, *Admitted Pro Hac Vice*
Email: turbensonm@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
Telephone: (424) 204-4400

John C. Grugan, *Admitted Pro Hac Vice*
Email: john.grugan@hklaw.com
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone: (215) 252-9610

*Attorneys for Defendants*

By:   */s/Evan S. Rothfarb*
      Evan S. Rothfarb, *Admitted Pro Hac Vice*

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 42(A)(2) - 5
Case No. 2:23-cv-00993-JAD-MDC

SCHLANGER LAW GROUP, LLP
60 E. 42ND STREET, 46TH FLOOR
NEW YORK, NEW YORK 10165
TELEPHONE: (212) 500-6114
FACSIMILE: (646) 612-7996
www.consumerprotection.net