Craig B. Friedberg, Esq.
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
T. (702) 435-7968
E. attcbf@cox.net

*Counsel for Plaintiff David J. Moscato and the Putative Class*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID J. MOSCATO, *on behalf of himself and all others similarly situated,*<br><br>*Plaintiff,*<br>v.<br><br>COMERICA BANK, CONDUENT STATE & LOCAL SOLUTIONS, INC., and CONDUENT BUSINESS SERVICES, LLC,<br><br>*Defendants* | Civil Action No.:<br>2:23-cv-00993-JAD-MDC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 58 |

The undersigned, counsel for Plaintiff and Defendants Comerica Bank, Conduent State & Local Solutions, Inc., and Conduent Business Services, LLC, ("Defendants"), hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff dismisses this action with prejudice, with each party bearing that party's own attorney's fees, expenses, and costs.

Dated: November 15, 2024

STIPULATION OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANTS - 1
Case No. 2:23-cv-00993-JAD-MDC

SCHLANGER LAW GROUP, LLP
60 E. 42ND STREET, 46TH FLOOR
NEW YORK, NEW YORK 10165
TELEPHONE: (212) 500-6114
FACSIMILE: (646) 612-7996
www.consumerprotection.net

| | |
|---|---|
| SCHLANGER LAW GROUP, LLP | BALLARD SPAHR LLP |
| By: */s/ Evan S. Rothfarb* | By: */s/ Jenny N. Perkins* |
| Evan S. Rothfarb *Admitted Pro Hac Vice* | Jenny N. Perkins, *Admitted Pro Hac Vice* |
| E. erothfarb@consumerprotection.net | E. perkinsj@ballardspahr.com |
| Daniel A. Schlanger *Admitted Pro Hac Vice* | Colin P. Kane, *Admitted Pro Hac Vice* |
| E. dschlanger@consumrprotection.net | E: kanec@ballardspahr.com |
| 60 East 42nd Street, 46th Floor | 1735 Market Street, 51st Floor |
| New York, NY 10165 | Philadelphia, Pennsylvania 19103 |
| T. 212.500.6114 | T: 215.864.8378 |
| | |
| Craig B. Friedberg, NSB #004606 | David E. Chavez, NSB #15192 |
| E. attcbf@cox.net | Email: chavezd@ballardspahr.com |
| LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ. | BALLARD SPAHR LLP |
| South Pecos Road, Suite 103 | 1980 Festival Plaza Drive, Suite 900 |
| Las Vegas, Nevada 89121 | Las Vegas, Nevada 89135 |
| T. 702.435.7968 | T. 702.379.1157 |
| | |
| | Mitchell Turbenson, *Admitted Pro Hac Vice* |
| Blythe H. Chandler, *Admitted Pro Hac Vice* | E. turbensonm@ballardspahr.com |
| E: bchandler@terrellmarshall.com | BALLARD SPAHR LLP |
| TERRELL MARSHALL LAW GROUP PLLC | 1 East Washington Street, Suite 2300 |
| 936 North 34th Street, Suite 300 | Phoenix, Arizona 85004 |
| Seattle, Washington 98103-8869 | T. 424.204.4400 |
| T: 206.816.6603 | |
| | John C. Grugan, *Admitted Pro Hac Vice* |
| *Attorneys for Plaintiff and the Putative Class* | E. gruganj@ballardspahr.com |
| | HOLLAND & KNIGHT LLP |
| | 1650 Market Street, Suite 3300 |
| | Philadelphia, Pennsylvania 19103 |
| | T. 215.252.9610 |
| | |
| | *Attorneys for Defendants Comerica Bank, Conduent State & Local Solutions, Inc., and Conduent Business Services, LLC* |

## ORDER

Based on the parties' stipulation **[ECF No. 58]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
November 18, 2024

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS - 2
Case No. 2:23-cv-00993-JAD-MDC

SCHLANGER LAW GROUP, LLP
60 E. 42ND STREET, 46TH FLOOR
NEW YORK, NEW YORK 10165
TELEPHONE: (212) 500-6114
FACSIMILE: (646) 612-7996
www.consumerprotection.net